# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

MARC SULTAN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2449

———————————————

November 14, 2025

Appeal from the Circuit Court for Hillsborough County; Emily A. Peacock, Judge.

Marc Sultan, pro se.

Arifur Bhandari, pro se.

No appearance for remaining Appellees.

PER CURIAM.

Affirmed.

SILBERMAN, LaROSE, and MORRIS, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.